Cushing, Carroll & McCartin for defendants.

---

**299**

Joseph Woitkevitch

vs.    No. 43057

Frederick H. Read

DECISION

February 24, 1919

BROWN, J. It is not clear that the damages are excessive. If the newly discovered evidence is of value, it does not satisfactorily appear that it might not have been procured for the trial by the exercise of due diligence.

A new trial is denied.

For plaintiff: L. N. Zisman.

For defendant: Louis W. Dunn.

Note—Action of trespass for assult and battery. Verdict for $350.